# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                CV 15-35 JB/WPL
                                                 CR 13-330 JB

RUDY ORLANDO CABRERA,

      Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* on a review of the record. Rudy Cabrera filed his Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 on January 12, 2015. (Doc. 1.) I filed Proposed Findings and Recommended Disposition ("PFRD") on April 6, 2016, with instructions that Cabrera file objections within fourteen days or waive any objections. (Doc. 11.) The PFRD was marked return to sender, unable to forward. (Doc. 12.)

District of New Mexico Local Rule 83.6 states that all parties appearing pro se "have a continuing duty to notify the clerk, in writing, of any change in their . . . mailing address." D.N.M.LR-Civ. 83.6. It appears that Cabrera has failed to do so.

It is therefore ordered that Cabrera must show cause in writing no later than May 6, 2016, why the Court should not dismiss the case for failure to comply with the Local Rules. Cabrera shall simultaneously file a notice of address where he resides and any objections to the PFRD. Failure to respond to this Order shall constitute an independent basis for dismissal.

The Clerk of Court is directed to forward a copy of this Order to Show Cause and the PFRD (Doc. 11) to Rudy Orlando Cabrera, Register Number 31178-051, CI Great Plains, 700 Sugar Creek Drive, Hinton, OK 73047.

It is so ordered.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE